IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00025-CR

 

Chad Martin Maples,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 18th District
Court

Johnson County, Texas

Trial Court No. F38885

 



MEMORANDUM  Opinion



 

Chad Martin Maples appeals from a plea-bargained
judgment of conviction.  The Clerk of this Court warned Maples that because the
trial court noted on the certification of defendant’s right of appeal that he
had no right of appeal and he had signed a waiver of his right to appeal, the
Court might dismiss the appeal unless, within 21 days, we received a
certification stating that Maples has a right to appeal or a response was filed
showing grounds for continuing the appeal.  See Tex. R. App. P. 25.2(d); Chavez v. State, 183 S.W.3d
675, 680 (Tex. Crim. App. 2006).

Maples has not responded to the Clerk’s
warning, and we have not received a certification stating that he has a right
to appeal.  This appeal is dismissed.  See Chavez, 183 S.W.3d at
680; Davis v. State, 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no
pet.).

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Dismissed

Opinion
delivered and filed March 4, 2009

Do
not publish

[CR25]